HENDERSON, Appellant, v. GUARANTY TRUST CO. OF NEW YORK, Respondent, et al. (Supreme Court, Appellate Division, Second Department. June 9, 1911.) Action by Lillie T. Henderson against the Guaranty Trust Company of New York and others.
PER CURIAM. So much of the order appealed from as denies plaintiff's motion to strike out as irrelevant and redundant the words composing the first paragraph of the second defense and the first paragraph of the third defense, which words are as follows: "This defendant

realleges paragraphs numbered 2, 3, 6, 7, 8, 9, and 10 of the first defense in the answer"—is reversed, with $10 costs and disbursements, and plaintiff's motion is to that extent granted, without costs.